**DISMISS and Opinion Filed July 23, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00856-CV**

**CAROLYN SUE THOMAS, Appellant**
**V.**
**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-02447-B**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Justice Nowell

On January 25, 2024, we notified appellant, who is proceeding pro se, that her brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. We listed numerous defects in the brief, including that it did not contain an index of authorities indicating the pages in the brief where the authorities are cited, and it did not contain proper citations either to the record or to authorities. We instructed appellant to file an amended brief correcting the deficiencies within ten days. We later extended the time to file her amended brief. On February 20, 2024, appellant filed an amended brief addressing some of the

deficiencies, but not all. Like appellant's initial brief, appellant's argument does not contain any citations to the record or to authority. We are not responsible for searching the record for facts that may be favorable to a party's position. *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App—Dallas 201, no pet.) (citing *Fredonia State Bank v. Gen. Am. Life Ins. Co.*, 881 S.W.2d 279, 283–284 (Tex. 1994)).

The purpose of an appellant's brief is to acquaint the Court with the issues in a case and to present argument that will enable us to decide the case. *See* TEX. R. APP. P. 38.9. The right to appellate review extends only to complaints made in accordance with our rules of appellate procedure, which require an appellant to concisely articulate the issues we are asked to decide, to make clear, concise, and specific arguments in support of appellant's position, to cite appropriate authorities, and to specify the pages in the record where each alleged error can be found. *See* Tex. R. App. P. 38.1; *Lee v. Abbott*, No. 05-18-01185-CV, 2019 WL 1970521, at *1 (Tex. App—Dallas May 3, 2019, no pet.) (mem. op.); *Bolling,* 315 S.W.3d at 895.

Even liberally construing appellant's amended brief, we conclude that it is inadequate to present any questions for appellate review and is in flagrant violation of rule 38.1. *See* Tex. R. App. P. 38.1; *Bolling*, 315 S.W.3d at 895. Further, although directed to correct all deficiencies, appellant has failed to do so.

Under these circumstances, we strike appellant's amended brief and dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.9(a); 42.3(b),(c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

230856F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CAROLYN SUE THOMAS,
Appellant

No. 05-23-00856-CV          V.

DALLAS HOUSING AUTHORITY,
Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-02447-
B.
Opinion delivered by Justice Nowell.
Chief Justice Burns and Justice
Molberg participating.

        In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.


Judgment entered July 23, 2024